## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** <br> **ESTHER SALAS** <br> **UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING** <br> **COURTHOUSE** <br> **50 WALNUT ST.** <br> **ROOM 5076** <br> **NEWARK, NJ 07101** <br> **973-297-4887** |

May 26, 2020

## LETTER ORDER

Re:   *Marte Reyes v. Sheika, et al.*
       **Civil Action No. 19-20388 (ES) (MAH)**

Dear counsel:

On March 27, 2020, plaintiff Dismery A. Marte Reyes ("Plaintiff") moved to remand this action to the Superior Court of New Jersey, Law Division, Essex County. (D.E. No. 12). The motion is unopposed.[1]

On May 7, 2020, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation, recommending that the Court grant Plaintiff's motion. (D.E. No. 13 ("R&R")). Magistrate Judge Hammer provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). The parties did not file any objections.

Having reviewed the motion to remand and Magistrate Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 26th day of May 2020,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's R&R in full; and it is further

**ORDERED** that this case is REMANDED to the Superior Court of New Jersey, Law Division, Essex County; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 12 and 13.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**

---

[1]   The sole remaining defendant has not yet been served with legal process, although Plaintiff has served him with the motion to remand. (D.E. No. 13 at 3).